# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| TIFFANY PLATTS, <br><br> Plaintiff, <br> v. <br><br> FAMILY DOLLAR STORES OF SOUTH CAROLINA, INC., <br><br> Defendant. | C.A. No.: 1:16-cv-02116-JMC <br><br> **ORDER TO REMAND** |

The parties to this matter, by and through undersigned counsel, have jointly requested this matter be remanded and restored to the active docket for the Court of Common Pleas for Allendale County, bearing its original case number of 2016-CP-03-00108, as a stipulation has been entered into amongst the parties confirming the amount in controversy does not exceed $75,000.00.

IT IS THERFORE ORDERED, ADJUDGED AND DECREED that this matter be remanded to the state court from which it was removed, the Court of Common Pleas for Allendale County, South Carolina, pursuant to 28 U.S.C. § 1447.

AND IT IS SO ORDERED THIS 15th DAY OF JULY, 2016.

s/J. Michelle Childs
The Honorable J. Michelle Childs
United States District Court Judge